# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * *
AMERICAN SAVINGS BANK, F.A., et al.,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

No. 92-872C

Filed: December 18, 2006

Senior Judge Smith

**ORDER**

The Court hereby DENIES Defendant's Renewed Motion for Reconsideration.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge