# In the United States Court of Federal Claims

**No. 92-872 C**

**AMERICAN SAVINGS BANK, F.A.,**
**ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Published Opinion and Order, filed December 18, 2006, granting Plaintiffs' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States Damages of $346,506,000.00 on Plaintiffs' FSLIC Warrant Claim and $55,028,000.00 on Plaintiffs' FSLIC Note Claim for a total award of $401,534,000.00.

Brian Bishop
Clerk of Court

**December 18, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.