United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 21, 2006

Melvin Carl Garbow, Esq.

Arnold & Porter

555 12th Street, NW

Washington, DC 20004-1202

In re: American Savings Bank, F.A., et al. v. United States, No. 92-872 C

Dear Mr. Garbow:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated December 18, 2006, in favor of plaintiffs in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: William Francis Ryan , Esq.