IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN SAVINGS BANK, F.A., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 92-872C
(Senior Judge Smith)

FILED
FEB 14 2007
U.S. COURT OF FEDERAL CLAIMS

NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 92-872C, entered on December 18, 2006, including (but not limited to): (1) the published decision in No. 92-872C, dated September 7, 2001; (2) the published decision in No. 92-872C, dated April 18, 2002; (3) the published decision in No. 92-872C, dated August 31, 2004, and (4) the published decision in No. 92-872C, dated December 18, 2006.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640
Attorneys for Defendant

Of Counsel:
TAREK SAWI
JOHN J. TODOR
Trial Attorneys
Department of Justice

February 14, 2007

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 14, 2007, I caused to be sent by facsimile and served by mail (first class, postage paid) a copy of NOTICE OF APPEAL, addressed as follows:

Melvin C. Garbow, Esq.
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1202
Tele: (202) 942-5000
Fax: (202) 942-5999

[signature]