# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

FILED
FEB 26 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5067 - AMERICAN SAVINGS BANK V US**

**Date of docketing**: 02/26/2007

**Appeal from**: United States Court of Federal Claims case no. 92-CV-872

**Appellant(s)**: United States

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Melvin C. Garbow
Sameer P. Yerawadekar

# 2007-5067

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Senior Judge Loren A. Smith**

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FEB 26 2007
JAN HORBALY
CLERK

**Nature of Suit: 511**

**Type of Case**: Taking - FIRREA

AMERICAN SAVINGS, et al.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 92-872 C.

**Cross or Related**? No.

**Appeal filed by:** Defendant.

**Date Judgment Entered**: December 18, 2006.

**Notice of Appeal**: February 14, 2007

27

**Fee**: Not required.

*__See Docket Sheet for Plaintiff and Defendant attorney information__*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2007-5067

AMERICAN SAVINGS BANK, F.A., KEYSTONE HOLDINGS, INC., KEYSTONE HOLDINGS PARTNERS, L.P., N.A. CAPITAL HOLDINGS, INC., NEW AMERICAN CAPITAL, INC., NEW AMERICAN HOLDINGS, INC., and NEW WEST FEDERAL SAVINGS AND LOAN ASSOCIATION,

Plaintiffs-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 92-CV-872, Senior Judge Loren A. Smith.

## Authorized Abbreviated Caption[2]

AMERICAN SAVINGS BANK v US, 2007-5067

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.