# United States Court of Appeals for the Federal Circuit

2007-5067

AMERICAN SAVINGS BANK, F.A., KEYSTONE HOLDINGS, INC.,
KEYSTONE HOLDINGS PARTNERS, L.P., N.A. CAPITAL HOLDINGS, INC.,
NEW AMERICAN CAPITAL, INC., NEW AMERICAN HOLDINGS, INC.,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

FILED
JUN 27 2008
U.S. COURT OF FEDERAL CLAIMS

## JUDGMENT

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 92-CV-872

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART AND REMANDED.

ENTERED BY ORDER OF THE COURT

DATED MAR - 6 2008

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 6/27/08

ISSUED AS A MANDATE: JUN 27 2008

# United States Court of Appeals for the Federal Circuit

2007-5067

AMERICAN SAVINGS BANK, F.A., KEYSTONE HOLDINGS, INC., KEYSTONE HOLDINGS PARTNERS, L.P., N.A. CAPITAL HOLDINGS, INC., NEW AMERICAN CAPITAL, INC., NEW AMERICAN HOLDINGS, INC.,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Kent A. Yalowitz, Arnold & Porter LLP, of New York, New York, argued for plaintiffs-appellees. With him on the brief were Melvin C. Garbow, Howard N. Cayne, Michael A. Johnson, Joshua P. Wilson, and Alexea R. Juliano, of Washington, DC.

Kenneth M. Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne F. Davidson, Director and Sameer Yerawadekar, Trial Attorney.

Appealed from: United States Court of Federal Claims

Senior Judge Loren A. Smith

theory. Because we reverse the trial court's award of partial restitution relating to the Warrant Forbearance, we vacate its calculation of the Warrant Forbearance offset.[4]

CONCLUSION

For the reasons stated above, we affirm the trial court's ruling as to liability and its award of damages and the offset calculation relating to the Note Forbearance. We reverse the trial court's award of partial restitution relating to the Warrant Forbearance, vacate its calculation of the Warrant Forbearance offset, and remand for further proceedings consistent with this opinion.

COSTS

Each party shall bear its own costs.

AFFIRMED-IN-PART, REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: Date: 6/27/08

[4] We express no opinion as to whether the trial court's calculation of the Warrant Forbearance offset was correct.