**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN SAVINGS BANK, F.A., et al., | ) | |
| | ) | No. 92-872C |
| Plaintiffs, | ) | (Senior Judge Smith) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of John J. Todor as attorney of record for the defendant.

Service of all papers by opposing counsel should be addressed as follows:

John J. Todor
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Dated: July 14, 2008

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 616-2382
Fax: (202) 514-8640
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 14th day of July 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor
John J. Todor