# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

American Savings Bank, )
Plaintiff-Appellee, )
v. )
United States, )
Defendant-Appellant. )

Friday,
December 7, 2007

U.S. Court of Appeals

The above-captioned oral argument came on for hearing, pursuant to notice, at 2:00 p.m.

BEFORE:

Chief Circuit Judge Paul Michel
The Honorable Pauline Newman
The Honorable Sharon Prost

The plaintiffs said "Let's be done with the case. We've got 400 million in damages and we'll consent to entry of judgment on that claim as a final judgment."

JUDGE MICHEL: Well, I'm not sure I understand what you're saying. If the takings claim wasn't withdrawn by you, and wasn't rejected on some legal basis by the trial judge, then it would appear to still be hanging out there unadjudicated?

MR. YALOWITZ: It would, if we hadn't consented to final judgment. I think that claim is merged into the final judgment. So if this Court affirms the final judgment --

JUDGE MICHEL: The final judgment doesn't say anything about the takings claims as now moot or it's dismissed or it's conceded to be no longer part of this case or any such thing. It just gives judgment on the breach claim.

MR. YALOWITZ: But I may be disremembering, Your Honor, but I believe that the plaintiffs stipulated to the entry of final judgment on all claims, on the basis of the trial judge's

damages decision.

If I'm incorrect in that, I will send the Court a letter, confirming what the procedural posture was.

JUDGE MICHEL: All right. Then on the merits.

MR. YALOWITZ: Okay. May it please the Court, regulatory capital is the lifeblood of a bank. In this case, the plaintiffs promised to provide 70 percent of the regulatory capital in exchange for seven percent ownership.

The FSLIC promised to provide 30 percent of the regulatory capital in exchange for a warrant worth 30 percent of the bank, 350 million from the plaintiffs in cash, 167 million from the FSLIC in the form of the deposit based intangible, as regulatory capital.

JUDGE PROUST: And you say you're entitled to restitution in this case?

MR. YALOWITZ: Partial restitution.

JUDGE PROUST: Partial restitution.

MR. YALOWITZ: Correct, Your Honor.