# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| AMERICAN SAVINGS BANK, F.A., | * | |
| et al., | * | |
| | * | |
| *Plaintiffs,* | * | No. 92-872C |
| | * | |
| v. | * | Filed: July 15, 2008 |
| | * | |
| THE UNITED STATES, | * | Senior Judge Smith |
| | * | |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

The Court hereby **SCHEDULES** a hearing on Plaintiffs' Motion for Prompt Entry of Partial Final Judgment for Thursday, July 31, 2008 at 2:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC. The parties should also be prepared to discuss the litigation schedule.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge