# In the United States Court of Federal Claims

| | | |
|---|---|---|
| AMERICAN SAVINGS BANK, F.A., et al., | * | |
| *Plaintiffs,* | * | No. 92-872C |
| v. | * | Filed: July 21, 2008 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant.* | * | |

**ORDER**

The Court hereby **RESCHEDULES** the hearing on Plaintiffs' Motion for Prompt Entry of Partial Final Judgment for Thursday, July 31, 2008 at 11:00 a.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge