IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN SAVINGS BANK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Docket No. 92-872C |
| UNITED STATES, | ) |
| Defendant. | ) |

Thursday,
July 31, 2008

Live Tape

(The following transcript was transcribed from a digital recording provided by the United States Court of Federal Claims to Heritage Reporting Corporation on August 21, 2008.)

APPEARANCES:

On Behalf of Plaintiff:

MELVIN GARBOW, Esquire
KENT YALOWITZ, Esquire
MICHAEL JOHNSON, Esquire
JOSHUA WILSON, Esquire
Arnold & Porter, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000

to the joint status report on September 5, would the Court like to set a date or the Plaintiffs propose to produce to us this statement outlining their damages claim, say a week or 10 days before that?

THE COURT: Mr. Yalowitz?

MR. YALOWITZ: That's fine. I think we can probably do it even before then. It wouldn't be a computation. It would be a description of the categories of damages, the basis for the theories. Then we would have a more precise computation further on, but it would give the Defendant an idea of what the shape of trial would be based on their prior experience with similar cases.

THE COURT: Okay.

MR. TODOR: Plaintiffs' counsel also I think used the word 26(a). I mean, it wouldn't be a precise analog, but if the Plaintiffs have an idea of what they're looking at in terms of witnesses, in terms of the type of proof, obviously any information number one that would be new and two will be helpful to us in seeing what agreements we can reach with Plaintiffs with respect to the schedule.

THE COURT: Okay. I mean, it does seem necessary for the Court to set a date for that, but we'll rely on counsel's cooperation.