# In the United States Court of Federal Claims

**No. 92-872 C**

**AMERICAN SAVINGS BANK, F.A., ET AL.,**

**AMENDED JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant Published Opinion and Order, filed September 10, 2008, directing the court to enter partial final judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the judgment of December 18, 2006 is amended and the plaintiffs shall recover of and from the United States, $55,028,000.00 on Plaintiffs' FSLIC Note Claim.

John S. Buckley
Acting Clerk of Court

**September 12, 2008** By: s/Lisa L. Reyes

Deputy Clerk