**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN SAVINGS BANK, F.A., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 92-872 C |
| THE UNITED STATES OF AMERICA, | ) | (Senior Judge Loren A. Smith) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT STATUS REPORT AND AGREED SCHEDULE**
**FOR PRETRIAL ACTIVITIES**

Pursuant to the Court's request, the parties hereby submit this joint status report,

and an agreed schedule for pretrial activities attached as Exhibit A.  The parties have

agreed upon all of the dates and events set forth in Exhibit A, but have not reached

agreement as to certain matters described in the attached letter correspondence.  *See*

Letter from John J. Todor to Kent A. Yalowitz dated January 2, 2009 (attached as Exhibit

B); Letter from Kent A. Yalowitz to John J. Todor dated January 5, 2009 (attached as

Exhibit C).

Respectfully submitted,

/s/ Kent A. Yalowitz

Kent A. Yalowitz
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022
212-715-1000 (tel)
212-715-1399 (fax)

*Of Counsel:*

Melvin C. Garbow
Howard N. Cayne
David B. Bergman
Michael A. Johnson
Joshua P. Wilson
Michael R. Hartman
Alexea R. Juliano
ARNOLD & PORTER, LLP
555 Twelfth Street, NW
Washington, DC 20004
202-942-5000 (tel)
202-942-5999(fax)

## CERTIFICATE OF SERVICE

I certify that on this 5th day of January 2009, I caused the foregoing **JOINT STATUS REPORT AND AGREED SCHEDULE FOR PRETRIAL ACTIVITIES** to be filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Dated:  January 5, 2009                                 /s/ Joshua P. Wilson
                                                                            Joshua P. Wilson