# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * *
                                          *
AMERICAN SAVINGS BANK, F.A.,              *     No. 92-872C
et al.,                                   *
                                          *
            Plaintiffs,                   *     Senior Judge Loren A. Smith
                                          *
    v.                                    *
                                          *     Filed: November 6, 2009
THE UNITED STATES,                        *
                                          *
            Defendant.                    *
                                          *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Before the Court is a motion entitled, "Motion of Plaintiffs American Savings Bank, F.A. and New American Capital, Inc. For Leave to File Separate Post-Trial Brief Relating to Distribution of Damages," submitted by JPMorgan Chase Bank, N.A., purporting to act as successor in interest to Plaintiffs American Savings Bank, F.A. and New American Capital, Inc. At this time, the Court believes that this Motion is premature. If, and/or when, the Court grants any damages award, JPMorgan Chase's Motion and Responses thereto will be reconsidered.

Therefore, the Court **DENIES** this Motion.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
Senior Judge